STATE of Missouri, Respondent,

v.

Thomas S. BATES, Appellant.

No. WD 47714.

Missouri Court of Appeals,
Western District.

June 21, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 1994.

Application to Transfer Denied
Sept. 20, 1994.

---

James Roy Brown, Kearney, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction of forcible sodomy, § 566.060.2, RSMo.Supp.1993.

Judgment of conviction affirmed. Rule 30.25(b).